IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William Ernesto Chilin Morales<br>4410 N. Burroughs Avenue NE<br>Washington, DC 20019<br><br>Jorge Eduardo Rico Turrubiartes<br>8729 11th Avenue<br>Silver Spring, Maryland 20903<br><br>Carlos R. Orellana-Murga<br>5007 54th Avenue<br>Hyattsville, Maryland 20781<br><br>Plaintiffs,<br><br>v.<br><br>Melvin Humphrey<br>3003 Nash Place, SE<br>Washington, DC 20020 | Civil Action No. |

## COMPLAINT

Plaintiffs, Bernardino Angel, Simeon Alvarado Velasquez and Melvin Omar Soto Guzman ("Plaintiffs"), by and through their attorneys, Mary Craine Lombardo and Stein Sperling Bennett De Jong Driscoll PC, hereby file their Complaint against Melvin Humphrey ("Defendant"), under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), the D.C. Minimum Wage Revision Act ("DCMWRA"), and the D.C Wage Payment and Collection Law ("DCWCL"), stating as follows:

### INTRODUCTION

Plaintiffs worked for Defendant as maintenance workers. Plaintiffs were each paid a flat rate per day for eight hours of work. In fact, they often worked up to sixty hours per week and were not paid for the extra hours or for overtime at a rate of one and a half times their regular

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3719303_2

wage as required by DC and federal law. Defendant has willfully violated the clear and well-established overtime provisions of the FLSA and the DCMWRA. Plaintiffs seek compensatory and statutory damages for all unpaid overtime compensation, as well as attorneys' fees and costs.

## JURISDICTION & VENUE

1. This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiffs are adult residents of the District of Columbia and Maryland.

4. Defendant Melvin Humphrey is an adult individual and resident of the District of Columbia.

5. At all times material herein, Defendant had annual gross volume of sales made or business done in an amount exceeding $500,000.

6. Defendant has at least two or more employees who are engaged in interstate commerce and/or handle, sell, or otherwise work on goods or materials that have been moved or produced for commerce. Defendant also processes credit card transactions for customer payments and purchases equipment and materials that move in interstate commerce.

7. Defendant is an "employer" within the meaning of the FLSA and the DCMWRA.

## FACTS

8. Plaintiffs were employed by Defendant as maintenance workers from 2012 through 2014 (the "Employment Period").

9. Plaintiff William Ernesto Chilin Morales worked for Defendant from February 12, 2012 through March 1, 2014. He was paid $120.00 for eight hours per day of work. In fact,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

he was required to work an average of sixty hours per week. He was never compensated for the additional time or the overtime. He is owed $10,200.00 in straight wages and $8,500.00 in overtime wages.

10. Plaintiff Jorge Rico Turrubiartes worked for Defendant from February 12, 2012 through March 1, 2014. He was paid $135.00 per day for eight hours per day of work. In fact, for the first year of his employment, he was required to work an average of sixty hours per week. In the second year of his employment, he was required to work forty-five hours per week. He was never compensated for the additional time or the overtime. He is owed $15,259.52 in straight wages and $11,140.80 in overtime wages.

11. Plaintiff Carlos R. Orellana-Murga worked for Defendant from November 6, 2012 through January 16, 2014. He was paid $135.00 per day for eight hours per day of work. In fact, for the first year of his employment, he was required to work an average of sixty hours per week. In the second year of his employment, he was required to work forty-five hours per week. He was never compensated for the additional time or the overtime. He is owed $8,777.60 in straight wages and $4,388.80 in overtime wages.

12. Plaintiff Carlos R. Orellana-Murga was fired because he repeatedly asked for overtime pay.

13. Plaintiffs were not paid one and a half times the regular hourly rate for hours worked in excess of forty per week.

14. Plaintiffs are owed overtime and regular wages that Defendant willfully failed and refused to pay to Plaintiffs in violation of DC and federal law.

15. By statute, Defendant is required to maintain records which document the number of days Plaintiffs worked.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

16. The precise number of hours worked, and wages owed, should be revealed through discovery.

17. Defendant knowingly and intentionally violated Plaintiffs' rights under Washington, DC and federal law.

## COUNT I
## (DCMWRA)

18. Plaintiffs adopt herein by reference paragraphs 1 through 17 above as if fully set forth herein.

19. Throughout the Employment Period, Defendant failed to properly pay Plaintiffs overtime required by the DCMWRA.

20. Unpaid wages are due and owing to Plaintiffs by Defendant.

21. Defendant's failure and refusal to comply with his obligations under the DCMWRA was willful and not in good faith.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant and in favor of Plaintiffs in an amount to be determined at trial, but not less than $48,059.20, which is two times the total overtime wages owed, and grant to Plaintiffs their reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT II
## (FLSA)

22. Plaintiffs adopt herein by reference paragraphs 1 through 17 above as if fully set forth herein.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

23. Throughout the Employment Period, Defendant failed to compensate Plaintiffs at the rate of one and a half times the minimum hourly wage for all hours worked in excess of forty hours per week.

24. Defendant's actions complained of herein constitute a willful violation of Sections 206 and 207 of the FLSA.

25. Defendant's violation makes him liable to Plaintiffs for all unpaid wages and unpaid overtime compensation, and in addition equal amount as liquidated damages.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment against Defendant and in favor of Plaintiffs in amount to be determined at trial, but not less than $48,059.20, which is two times the overtime wages owed, and grant to Plaintiffs their reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT III
### (Violation of the DC Wage Payment and Collection Law)

26. Plaintiffs adopt herein by reference paragraphs 1 through 17 above as if fully set forth herein.

27. The amounts owed to Plaintiffs by Defendant for unpaid overtime constitute "wages" under the DCMWRA.

28. While employed by Defendant, Plaintiffs worked regular and overtime hours that were not properly compensated by Defendant as required by the DCMWRA.

29. Unpaid regular and overtime wages are due and owing to Plaintiffs by Defendant.

30. Defendant's failure and refusal to properly compensate Plaintiffs, was not due to any bona fide dispute, and was therefore willful and not in good faith.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

WHEREFORE, Plaintiffs respectfully request this Honorable Court to enter judgment against Defendant and in favor of Plaintiffs in an amount to be determined at trial, but not less than $116,533.44, which is two times the overtime wages owed, and to grant to Plaintiffs their reasonable attorneys' fees and costs and such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    STEIN SPERLING BENNETT
    DE JONG DRISCOLL PC

By:     /s/ *Mary Craine Lombardo*
    Mary Craine Lombardo (DC Bar 495881)
    25 West Middle Lane
    Rockville, Maryland 20850
    (301) 340-2020
    (301) 354-8126 – fax
    mlombardo@steinsperling.com

    *Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

6

3719303_2